**Order entered October 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00510-CR

**LUKE HAMPTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00034-86-F**

## ORDER

The Court **GRANTS** appellant's September 30, 2015 motion to extend time to file his brief. On October 7, 2015, appellant tendered a brief that had only cause no. 05-15-00509-CR on the front cover, but raises issues as to both 05-15-00509-CR and 05-15-00510-CR. Accordingly, we **ORDER** that brief filed on October 7, 2015 in cause no. 05-15-00509-CR to be filed in cause no. 05-15-00510-CR, as well.

The State's brief is due in both cases within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
        JUSTICE